

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2019

No. 04-19-00101-CV

**IN RE Z.A.F. AND Z.R.F.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00277
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

Appellant filed a motion for en banc reconsideration. The only issue raised in the motion for en banc reconsideration is whether the motion to withdraw filed by appellant's former counsel demonstrated good cause to withdraw. However, appellant's former counsel also filed an amended motion to withdraw, which was granted by the panel. Therefore, appellant's motion for en banc reconsideration is DENIED AS MOOT.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2019.

_____
Luz Estrada,
Chief Deputy Clerk